JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-1147 JGB (SPx) | Date | August 28, 2025 |
|---|---|---|---|
| Title | *Mya Freeman v. Jefferson Capital Systems, LLC* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On May 9, 2025, pro se Plaintiff Mya Freeman ("Freeman") filed a complaint against Jefferson Capital Systems, LLC. ("Complaint," Dkt. No. 1.) The same day, Freeman filed a request to proceed in forma pauperis. ("IFP Request," Dkt. No. 3.) On July 22, 2025, the Court found that Freeman had failed to state a claim upon which relief may be granted and so she could not proceed in forma pauperis. ("IFP Order," Dkt. No. 8.) The IFP Order warned Freeman that failure to timely pay the filing fee would result in dismissal without prejudice of her Complaint. (Id.)

As of the date of this Order, Freeman has not paid the filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**